IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WESLEY ALLEN SMITH | : | CIVIL ACTION |
| | : | |
| v. | : | No. 23-2481 |
| | : | |
| THE UNITED STATES OF AMERICA | : | |

## ORDER

AND NOW, this 23rd day of October, 2024, upon consideration of Defendant's Motion to Dismiss Plaintiff's Amended Complaint (ECF No. 30), and for reasons sets forth in the accompanying Memorandum, it is ORDERED the Motion is GRANTED and the Amended Complaint is DISMISSED with prejudice.

The Clerk of Court is DIRECTED to mark this case CLOSED.

BY THE COURT:

/s/ Juan R. Sánchez
Juan R. Sánchez, J.